IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR277 |
| vs. | ) | ORDER |
| JOEL M. MELENDEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Joel M. Melendez (Melendez) to return property (Filing No. 37). Melendez seeks a return of $1,308.00 in U.S. currency. This court ordered the forfeiture of such property on March 5, 2014 (Final Order of Forfeiture- Filing No. 36). Accordingly, Melendez's motion for return of property (Filing No. 37) is denied.

The clerk will provide a copy of this order and the Final Order of Forfeiture (Filing No. 36) to Melendez at:

Joel M. Melendez
Reg. # 25848-047
Giles W. Dalby Correctional Facility
805 North Avenue F
Post, TX 79356

**IT IS SO ORDERED.**

DATED this 22nd day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge